W. C. GOODWIN v. ABILENE STATE BANK. (No. 866–4608.) (Commission of Appeals of Texas, Section A. Oct. 14, 1926.) Certified Questions from Court of Civil Appeals of Eleventh Supreme Judicial District. See, also, 288 S. W. ——. Roy L. Duke, B. H. Shapard, and Stenson, Coombes & Brooks, all of Abilene, for appellant. Wagstoff, Harwell & Wagstoff, of Abilene, for appellee.

HARVEY, P. J. Eight questions have been certified herein by the Court of Civil Appeals for the Eleventh District. The statement of the case, as contained in the certificate, embraces the substance of the pleadings of the parties and a lengthy and detailed statement of the facts in evidence. The questions certified relate to the sufficiency of the pleadings and the evidence to raise issues of fraudulent representations and fraudulent concealment, upon which the appellants rely to defeat a recovery by the appellee; to the sufficiency of the pleading and proof to estop the appellants from relying on such fraud; to questions of procedure and practice. In short, it appears from the certificate that the entire case has been sent up to the Supreme Court for opinion as to how it should be decided. The aspects of the certificate here are of the same general nature as those which met the condemnation of the Supreme Court in the case of Kelley-Goodfellow Shoe Co. v. Liberty Insurance Co., 87 Tex. 112, 26 S. W. 1063. We therefore recommend that the certificate be dismissed, and this opinion be certified to the Court of Civil Appeals, that it may decide the cause in due course of business.

CURETON, C. J. The opinion of the Commission of Appeals, recommending a dismissal of the certified questions, is adopted, and certificate dismissed.

### 2

SOUTH CHESTER TUBE CO. v. TEXHOMA OIL & REFINING CO. (Motion No. 7281; No. 711–4268.) (Commission of Appeals of Texas, Section B. Nov. 17, 1926.) Error to Court of Civil Appeals of Fourth Supreme Judicial District. Dismissing writ of error, 264 S. W. 108. Lipscomb & Seideman, of Fort Worth, for plaintiff in error. W. B. Hamilton, of Dallas, G. R. Pate, of Wichita Falls, and Phillips, Trammell & Chizum, of Fort Worth, for defendant in error.

POWELL, P. J. On the 27th day of October, 1926, counsel for all parties in the above entitled and numbered cause filed in writing their joint motion reading as follows: "Whereas, the parties to the above cause have adjusted and compromised the same, it is respectfully prayed by both parties that the petition for writ of error in said cause be now dismissed, at the cost of the plaintiff in error." We have considered the motion, and are of the view that it should be granted. Therefore we recommend that the writ of error herein be dismissed, at the cost of plaintiff in error.

CURETON, C. J. Dismissed on agreed motion to dismiss, as recommended by the Commission of Appeals.

### 3

Elmo BARNETT v. STATE. (No. 10602.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Harvey P. Shead, of Fort Worth, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of 99 years. The indictment appears regular. The record is before us without bills of exceptions or statements. No fundamental error has been discovered or pointed out. The judgment is affirmed.

### 4

Gus BELL v. STATE. (No. 10599.) (Court of Criminal Appeals of Texas. Oct. 27, 1926.) Appeal from District Court, Smith County; J. R. Warren, Judge. Bulloch & Ramey, of Tyler, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of three years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been discovered or pointed out. The judgment is affirmed.

### 5

J. O. BROOKS v. STATE. (No. 10429.) (Court of Criminal Appeals of Texas. Nov. 17, 1926.) Appeal from District Court, Reagan County; C. R. Sutton, Judge. W. A. Wright, of San Angelo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is in the district court of Reagan county for the offense of unlawfully selling spirituous, vinous, and malt liquors capable of producing intoxication; punishment assessed at confinement in the penitentiary for a term of two years. We find in the record an affidavit made by appellant in due form, requesting that this appeal be dismissed. The request is granted. The appeal is dismissed.